IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY LINDA FRYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:13cv545-MHT |
| | ) | (WO) |
| SOUTHEASTERN CAREER APPAREL, | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| MARY LINDA FRYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:13cv683-MHT |
| | ) | (WO) |
| SOUTHEASTERN CAREER APPAREL, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff filed these lawsuits asserting various forms of race- and sex-based discrimination and retaliation in employment. These lawsuit are now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted.

Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of September, 2014.

                                            /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE