IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY LINDA FRYER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:13cv545-MHT |
| | ) | (WO) |
| SOUTHEASTERN CAREER APPAREL, | ) | |
| | ) | |
|     Defendant. | ) | |
| | | |
| MARY LINDA FRYER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:13cv683-MHT |
| | ) | (WO) |
| SOUTHEASTERN CAREER APPAREL, | ) | |
| | ) | |
|     Defendant. | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows in these two cases:

(1) Plaintiff's objections (Doc. No. 49) are overruled.

    (2) The United States Magistrate Judge's recommendation (Doc. No. 48) is adopted.

    (3) Defendant's motion for summary judgment (Doc. No. 31) is granted.

    (4) All other pending motions (Doc. Nos. 42, 43, 44, 45, & 47) are denied.

    (5) Judgment is entered in favor of defendant and against plaintiff, with plaintiff taking nothing by her complaints in these two cases.

    It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    These cases are closed.

    DONE, this the 11th day of September, 2014.

                              /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE